PER CURIAM.

Ricco Winfrey appeals the district court's[1] denial of his motion challenging his sentence under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). For the reasons stated by the district court, the judgment is affirmed. *See* 8th Cir. R. 47B.

PER CURIAM.

Gary Barfield challenges the district court's dismissal of Barfield's 42 U.S.C. § 1983 lawsuit after holding a pretrial evidentiary hearing. After careful consideration of all the evidence, the district court concluded there was no evidence from which a jury could find the correctional officials acted with deliberate indifference to Barfield's serious medical needs. Based on our de novo review, *see Randle v. Parker*, 48 F.3d 301, 303 (8th Cir.1995) (standard of review), we agree with the district court and thus affirm the order of dismissal. *See* 8th Cir. R. 47B.

**Gary BARFIELD, Appellant,**

**v.**

**Dr. Duong LY, East Arkansas Regional Unit, ADC; Bernard Williams, Infirmary Manager, East Arkansas Regional Unit, ADC; Max Mobley, Deputy Director of Health Services, Arkansas Department of Correction, Appellees.**

**No. 01–3723.**

United States Court of Appeals, Eighth Circuit.

Submitted March 6, 2002.

Filed March 8, 2002.

**Jack L. JACKSON, Appellant,**

**v.**

**Santiago HALLAZGO, Dr.; Willie Plymell, Nurse, also known as Unknown Willy, Appellees.**

**No. 01–3330.**

United States Court of Appeals, Eighth Circuit.

Submitted March 6, 2002.

Filed March 11, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Missouri inmate Jack L. Jackson appeals the district court's[1] adverse grant of

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

---

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.